APPEAL No. 1920. STATE v. DONALD ALPAIO. Motion of state to dismiss defendant's appeal is granted. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

### July 25, 1973.

M. P. No. 73-188. ELISE F. PANSEY v. ROY H. PANSEY. Petition of respondent for writ of certiorari granted. All payments heretofore made voluntarily by the husband to the wife are required to be continued until further order of court.

Except for the mandate set forth in the preceding paragraph, the stay granted by court on July 19, 1973 to continue in effect. Joslin, J., not participating. *Edmond A. DiSandro,* for petitioner. *Kenneth J. Macksoud,* for respondent.

### August 7, 1973.

M. P. No. 73-171. RHODE ISLAND CONSUMERS' COUNCIL v. ARCHIE SMITH, *in his capacity as Chairman of the Public Utilities Commission et al.* Motion of Rhode Island Trucker Owners Association, Inc. to intervene as a party respondent granted. Roberts, C. J., and Joslin, J., not participating. *Roberts & Willey Incorporated, Dennis J. Roberts, II,* for petitioner. *Adler, Pollock & Sheehan, Incorporated, Peter Lawson Kennedy,* for Rhode Island Truck Owners Association, Inc., party respondent.

M. P. No. 73-174. ARAM K. BERBERIAN v. JOSEPH A. GALLUCCI. Petition for writ of certiorari is denied. Joslin, J., not participating. *Aram K. Berberian,* petitioner, pro se. *Robert C. Hogan,* Asst. City Solicitor, for respondent.